JS-6

| | |
|---|---|
| 1 | COASTAL PACIFIC LEGAL GROUP |
| 2 | MARK A. GOLOVACH (Cal. Bar No. 220760) |
|   | markg@coastalpacificlegal.com |
| 3 | 501 W. Broadway, Suite 800 |
| 4 | San Diego, California 92101 |
|   | Telephone: 619/400-4895 – Facsimile: 619/684-3601 |
| 5 | |
| 6 | *Attorneys for Plaintiff* |
|   | **DEREK ROSALES** |
| 7 | |
| 8 | WASHOR AND ASSOCIATES |
|   | LAWRENCE I. WASHOR (Cal. Bar No. 75108) |
| 9 | lwashor@washor.com |
| 10 | 21800 Oxnard Street, Suite 790 |
|    | Woodland Hills, CA 91367 |
| 11 | Telephone: 310/479-2660 – Facsimile: 310/479-1022 |
| 12 | |
|    | *Attorneys for Defendant* |
| 13 | **HAMBURGER HABIT, INC.** |
|    | **d/b/a HAMBURGER HAVEN** |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEREK ROSALES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 2:11-cv-03850-~~JHN~~-SSX (MWF) |
| Plaintiff, | ) ) ) | **ORDER APPROVING STIPULATION TO DISMISS CASE** |
| vs. | ) ) | |
| AUTOMATED SYSTEMS AMERICA, INC., HAMBURGER HABIT, INC. d/b/a HAMBURGER HAVEN, and DOES 1-9, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER

1  The Court, having reviewed the Stipulation to Dismiss Case, by plaintiff
2  DEREK ROSALES ("Plaintiff") and defendant HAMBURGER HABIT, INC. d/b/a
3  HAMBURGER HAVEN ("Defendant"), filed July 11, 2012, and good cause showing,
4  hereby orders the following:

5  Plaintiff's claims against Defendant shall be dismissed with prejudice, with
6  each party to bear its own fees and costs.

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  DATED: July 12, 2012

  Honorable Michael W. Fitzgerald
  United States District Judge