JS-6

COASTAL PACIFIC LEGAL GROUP
MARK A. GOLOVACH (Cal. Bar No. 220760)
markg@coastalpacificlegal.com
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: 619/400-4895 – Facsimile: 619/684-3601

*Attorneys for Plaintiff*
**DEREK ROSALES**

WASHOR AND ASSOCIATES
LAWRENCE I. WASHOR (Cal. Bar No. 75108)
lwashor@washor.com
21800 Oxnard Street, Suite 790
Woodland Hills, CA 91367
Telephone: 310/479-2660 – Facsimile: 310/479-1022

*Attorneys for Defendant*
**HAMBURGER HABIT, INC.**
**d/b/a HAMBURGER HAVEN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEREK ROSALES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATED SYSTEMS AMERICA, INC., HAMBURGER HABIT, INC. d/b/a HAMBURGER HAVEN, and DOES 1-9, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-03850-MWF-SSX<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE** |

[PROPOSED] ORDER

1  The Court, having reviewed the Stipulation to Dismiss Case, by plaintiff
2  DEREK ROSALES ("Plaintiff") and defendant HAMBURGER HABIT, INC. d/b/a
3  HAMBURGER HAVEN ("Defendant"), filed July 11, 2012, and good cause showing,
4  hereby orders the following:

5  Plaintiff's claims against Defendant shall be dismissed with prejudice, with
6  each party to bear its own fees and costs.

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  DATED: July 12, 2012

   Honorable Michael W. Fitzgerald
   United States District Judge

- 1 -
[PROPOSED] ORDER